No. 1178. **Buttz** v. **County of Charleston,** November Term.
1881.

1. The appointment of deputy coroners and deputy coro-
ners' constables for Charleston County under the Act of 1879
(17 *Stat.* 50) should be made in writing; or, at least, the evi-
dence of such appointment should be in writing and furnished
to these officers.

2. The assignee of the accounts of these officers for the
salaries fixed by the act, where the assignment was made before
audit by the Board of County Commissioners, took the claims
subject to all the legal defences that might have been set up
against the original holder; as, e.g., that the officers had not
been in office for the time charged, or had not properly per-
formed their duties.

3. The salary stopped when the officer resigned, and his assignee could acquire no right to a salary for a longer term, notwithstanding notice of the resignation was not filed in the proper office until a later date. OPINION by SIMPSON, C. J., March 20th, 1882. *S. J. Lee*, for appellant; *J. E. Burke*, contra.